UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Eric B Fromer Chiropractic Inc.   Case No. 2:21-cv-10916-DML-CI
      Plaintiff   Hon. David M. Lawson
                                          Magistrate Curtis Ivy, Jr.

V

STAT Transcriptions Services, Inc.
        Defendant
_____/

## NOTICE OF SETTLEMENT

Eric B Fromer Chiropractic Inc. ("Plaintiff"), and Defendant STAT Transcriptions Services, Inc. by and through their undersigned counsel, hereby informs the court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.  The parties therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

/s/ *Ryan M. Kelly, Esq.*
Ryan M Kelly, Esq.
Anderson & Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
(847) 368-1500 ph
rkelly@andersonwanca.com

/s/ *John Evanchek*
John Evanchek (P66157)
Kelley & Evanchek PC
43695 S. Michigan Ave.
Canton, MI 48188
(734) 397-4540
john@kelawpc.com

## **CERTIFICATE OF SERVICE**

I, John Evanchek, Esq., hereby state that on July 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s/ John Evanchek, Esq.*
John Evanchek, Esq. (P66157)