# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br>v.<br><br>STAT TRANSCRIPTION SERVICES INC.,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   1:21-cv-10916<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, ERIC B. FROMER CHIROPRACTIC, INC., through its undersigned attorneys, hereby dismisses this action without prejudice.

                                                Respectfully submitted,

                                                ERIC B. FROMER CHIROPRACTIC, INC., individually and on behalf of a class of similarly-situated persons

                                                By:  s/ Ryan M. Kelly
                                                Ryan M. Kelly
                                                ANDERSON + WANCA
                                                3701 Algonquin Rd., Ste. 500
                                                Rolling Meadows. IL 60008
                                                Telephone:  847-368-1500
                                                Fax: 847-368-1501
                                                rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2021, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

s/ Ryan M. Kelly