UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC B. FROMER CHIROPRACTIC, INC.,

        Plaintiff,                     Case Number 21-10916
v.                                             Honorable David M. Lawson

STAT TRANSCRIPTION SERVICES, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

On August 19, 2021, the plaintiff filed a notice voluntarily dismissing all of its claims in this matter. The defendant has not answered the complaint or filed any motion for summary judgment. The case therefore will be dismissed. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED**.

                                                   s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated:  August 25, 2021